UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARTHA STEPHENS WINN

VERSUS

IED, LLC, AND IED, INC.

CIVIL ACTION

NO. 11-24-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 15, 2011 (doc. no. 7) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Motion to Remand (doc. no. 3) is GRANTED and this matter is REMANDED to the 21st Judicial District Court, Parish of Livingston, State of Louisiana.

Baton Rouge, Louisiana, this 18th day of April, 2011.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE